INSTITUTE FOR FREE SPEECH
Alan Gura (SBN 178,221)
   agura@ifs.org
1150 Connecticut Avenue, N.W.,
Suite 801
Washington, DC 20036
Phone: 202.301.3300

Nicholas Sanders (SBN 307,402)
   nsanders@campaignlawyers.com
James R. Sutton (SBN 135,930)
   jsutton@campaignlawyers.com
THE SUTTON LAW FIRM
150 Post St. Ste. 405
San Francisco, CA 94108
Phone: 415.732.7700

Attorneys for Plaintiffs San Franciscans Supporting Prop B, Edwin M. Lee Asian Pacific Democratic Club PAC Sponsored by Neighbors for a Better San Francisco Advocacy, and Todd David

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCANS SUPPORTING PROP B; EDWIN M. LEE ASIAN PACIFIC DEMOCRAIC CLUB PAC SPONSORED BY NEIGHBORS FOR A BETTER SAN FRANCISCO ADVOCACY; and TODD DAVID, <br><br>            Plaintiffs, <br><br>            v. <br><br>DAVID CHIU, in his official capacity as City Attorney of San Francisco; the SAN FRANCISCO ETHICS COMMISSION; CHESA BOUDIN, in his official capacity as San Francisco District Attorney; and the CITY AND COUNTY OF SAN FRANCISCO, <br><br>            Defendants. | Case No: 3:22-cv-02785 CRB <br><br>**PRELIMINARY INJUNCTION APPEAL** <br><br>**PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT** <br><br>The Hon. Charles R. Breyer |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      NOTICE IS HEREBY GIVEN that Plaintiffs San Franciscans
3  Supporting Prop B, Edwin M. Lee Asian Pacific Democratic Club PAC
4  Sponsored by Neighbors for a Better San Francisco Advocacy, and Todd
5  David hereby appeal to the United States Court of Appeals for the Ninth
6  Circuit from this Court's order denying Plaintiffs' motion for a temporary
7  restraining order and preliminary injunction [ECF No. 35] filed and
8  entered in this case on June 1, 2022.

9      Dated:   June 3, 2022              Respectfully submitted,

10                                         By: /s/ Alan Gura
11  Nicholas Sanders (SBN 307,402)         Alan Gura (SBN 178,221)
    James R. Sutton (SBN 135,930)          INSTITUTE FOR FREE SPEECH
12  THE SUTTON LAW FIRM                    1150 Connecticut Avenue, N.W.,
    150 Post St., Suite 405                Suite 801
13  San Francisco, CA 94108                Washington, DC 20036
    Phone: 415.732.7700                    Phone: 202.301.3300
14  nsanders@campaignlawyers.com           agura@ifs.org
15  jsutton@campaignlawyers.com

16                                         Attorneys for Plaintiffs

17
18
19
20
21
22
23
24
25
26
27
28

REPRESENTATION STATEMENT
NINTH CIRCUIT RULE 3-2(B)

**Counsel for Plaintiffs San Franciscans Supporting Prop B, Edwin M. Lee Asian Pacific Democratic Club PAC Sponsored by Neighbors for a Better San Francisco Advocacy, and Todd David:**

>Alan Gura
>Institute for Free Speech
>1150 Connecticut Avenue, N.W., Suite 801
>Washington, DC 20036
>Telephone: 202.301.3300

**Counsel for Defendants David Chiu, in his official capacity as San Francisco City Attorney; the San Francisco Ethics Commission, Chesa Boudin, in his official capacity as San Francisco District Attorney, and the City and County of San Francisco:**

>David Chiu, City Attorney
>Wayne K. Snodgrass,
>Tara M. Steeley, Deputy City Attorney
>City Hall, Room 234
>1 Dr. Carlton B. Goodlett Place
>San Francisco, CA 94102-4602
>Telephone: 415.554.4655

---

Notice of Appeal                                                                     Case No. 3:22-cv-02785 CRB